# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **CHARLENE WAGES,** | }<br>}<br>} |
| Plaintiff, | }<br>} |
| v. | } Case No.: 5:17-cv-00417-MHH<br>} |
| **CRACKER BARREL OLD COUNTRY STORE, INC.,** | }<br>}<br>} |
| Defendant. | } |

## **MEMORANDUM OPINION**

Defendant Cracker Barrel Old Country Store, Inc. asks the Court to enter judgment in its favor on the premises liability claim brought by Ms. Charlene Wages. (Doc. 14). The Court has reviewed the parties' submissions and has considered the evidence in the record in the light most favorable to Ms. Wages. (Docs. 14, 17, 18). For the reasons stated on the record during the April 9, 2018 status conference and hearing in this matter, the Court grants Cracker Barrel's motion and enters judgment in the company's favor on Ms. Wages's claim. The Court will enter a separate order dismissing this case with prejudice.

**DONE** and **ORDERED** this April 9, 2018.

_____
*[signature: Madeline H. Haikala]*

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE